UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUHAMAD JABER,

    Plaintiff,

v.

                              Case No:     22-CV–01950

UNITED STATES OF AMERICA

    Defendant.
_____/

**COMPLAINT FOR MOTOR VEHICLE NEGLIGENCE**

    COMES NOW, Plaintiff, MUHAMAD JABER, by and through undersigned counsel, and sues Defendant, UNITED STATES OF AMERICA, and as grounds therefore says:

    1.    This action is brought under the Federal Torts Claim Act, 28 U.S.C. Section 1346(b), 2671-2680, and is otherwise within the subject matter jurisdiction of this Court, by 28 U.S.C. Section 1346(b).

    2.    The Plaintiff has exhausted his administrative remedies by complying with all conditions precedent to filing this action. Pursuant to 28 U.S.C. Section 2675(a) the claim was denied by the Department of the Navy on July 28, 2022.

    3.    Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. Section 1402(b).

    4.    Plaintiff, MUHAMAD JABER, is a citizen of the United States and resides in Pinellas County, Florida, within the confines of this court.

    5.    On or about July 23, 2020, Defendant, UNITED STATES OF AMERICA, employee Mathew Velazquez Giorgi, operated with the express and/or implied permission of the

UNITED STATES OF AMERICA, a motor vehicle on Gandy Blvd., west of the Gandy Bridge, in Pinellas County, Florida.

6. At such time and place, Mathew Velazquez Giorgi was a member of the United States Navy, and negligently operated or maintained the motor vehicle so that it collided with the Plaintiff's motor vehicle.

7. At all times material, Mathew Velazquez Giorgi, operated the aforementioned motor vehicle withing the course and scope of her employment/duties with the United States Navy.

8. As a result of the negligent conduct of Mathew Velazquez Giorgi, for which Defendant, UNITED STATES OF AMERICA, is vicariously liable, the Plaintiff, MUHAMAD JABER, has suffered and will in the future suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The injury consists in whole or in part of a significant and permanent loss of an important bodily function and a permanent injury within a reasonable degree of medical probability and a significant and permanent scarring or disfigurement.

WHEREFORE the Plaintiff, MUHAMAD JABER, demands judgment for damages against the Defendant, UNITED STATES OF AMERICA, costs of this action, and trial by jury.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via certified process server along with the Complaint and Summons in this cause and that a copy of the summons and complaint will be mailed by certified mail on 25th day of August, 2022 to the

Civil-process clerk at the United States Attorney's office located at 400 North Tampa Street, Suite 3200, Tampa, FL 33602, as well as a copy of the Complaint and Summons to the Attorney General of the United States at Washington, DC 555 4th Street, NW Washington DC 20530.

*Austin Grinder*

Austin J. Grinder, Esquire
Florida Bar No: 54029
agrinder@getjustice.com
nwhitfield@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorney for Plaintiff