UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUHAMAD JABER,

Plaintiff,

v.

        Case No:  8:22-CV–01950-CEH-AEP

UNITED STATES OF AMERICA,

Defendant.

_____/

## MOTION FOR COURT'S DEFAULT

   Plaintiff, MUHAMAD JABER, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 55, moves for entry of a default against Defendant, UNITED STATES OF AMERICA, and in support thereof would state:

1. Plaintiff filed a Complaint against Defendant on August 25, 2022.

2. Defendant was served with the Complaint on September 8, 2022.

3. An Answer to the Complaint was due no later than November 7, 2022.

4. Defendant's counsel filed an Unopposed Motion to Consolidate Three Cases for Discovery Purposes.

5. No Answer to the Complaint has been filed by Defendant.

   Wherefore, Plaintiff, MUHAMAD JABER, moves this Court to enter a Default against the Defendant, and award any costs and attorney's fees the Court deems reasonable.

## CERTIFICATE OF SERVICE

   I hereby certify that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

all parties of record.

_____
Eric D. Roslansky, Esquire
Florida Bar No: 42067
Austin J. Grinder, Esquire
Florida Bar No: 54029
agrinder@getjustice.com
eroslansky@getjustice.com
nwhitfield@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorney for Plaintiff