**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MUHAMAD JABER,

    Plaintiff,

v.                                                        Case No: 8:22-cv-1950-CEH-AEP

UNITED STATES NAVY,

    Defendant.

_____

**ORDER**

    The Court has been advised by the Joint Notice of Settlement (Doc. 34) that the above-styled action has been fully resolved. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied as moot** and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 9, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties